JEAN MILLER, Respondent, *v.* FREDERICK FELL et al., Constituting the Common Council of the City of Long Beach, et al., Appellants, et al., Interveners, Defendants.

Argued November 16, 1953; decided January 15, 1954.

*Bernard M. Bailey, Corporation Counsel* (*Foster E. Vogel* of counsel), for appellants.

*Bernard Burlakoff* for respondent.

*Saul B. Bradie* for Pearl Tepperman, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.